UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW THOMPSON,

                Plaintiff,

v.

STROUP, et al.,

                Defendants.

CASE NO. C21-5632 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's complaint is **DISMISSED without prejudice** for failure to pay the filing fee or to file a request to proceed *in forma pauperis*; and

(3)     The Clerk shall enter JUDGMENT and close this case.

\\

\\

ORDER - 1

1   Dated this 27th day of December, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge